IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR360 |
| vs. | |
| RODNEY LILLARD, | ORDER |
| Defendant. | |

Defendant Rodney Lillard appeared before the court on June 28, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [30]. The government moved for detention. However, the defendant was in state custody. Upon the defendant coming into federal custody, the defendant filed a waiver of the detention hearing [56]. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger, the court finds the defendant has failed to carry his burden and that he should be detained pending his dispositional hearing before Judge Rossiter.

IT IS ORDERED:

1. The defendant, Rodney Lillard, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

2. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

3. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 27th day of April, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge